IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MESHEAL MATTHEWS, *et al,*

    Plaintiffs,

vs.                                          CASE NO.: 1:11CV33-SA-JAD

HOLMES TOURS &
TRANSPORTATION SERVICES, INC.,
*et al,*

    Defendants.                  /

## ORDER ON JOINT MOTION FOR CONSENT DECREE AND CONSENT JUDGMENT AGAINST DEFENDANTS HOLMES TOURS & TRANSPORTATION, SERVICES, INC. AND ADAM HOLMES

THIS CAUSE having come before the Court on the parties' Joint Motion Consent Decree and Consent Judgment Against Defendants, and the Court having reviewed the Motion, the pertinent portions of the record, and the parties' settlement agreements, and being otherwise fully advised in the premises, the Court finds that the terms of the agreement are fair and reasonable. Accordingly, it is hereby:

    ORDERED and ADJUDGED that,

    1.    The Joint Motion for Consent Decree and Consent Judgment is **GRANTED**.

    2.    I find that the Parties' settlement is lawful, fair, just, reasonable, and adequate and was reached after good faith, arm's-length negotiations

by experienced and capable class counsel in the absence of fraud or collusion.

3. During the negotiation, the Parties considered, among other things: the amount of the settlement; the cost, complexity, and duration of the litigation if pursued through trial; the likelihood of the Plaintiffs prevailing on the merits; the range of possible discovery and certainty of damages; the further disruption to the business activities of the Defendants; the limited assets of the Defendants, and; other matters bearing on the best interests of the parties.

4. The above-captioned case, *Mesheal Matthews v. Holmes Tours & Transportation Services, Inc., et al*, is hereby **DISMISSED** with Prejudice.

5. This Court retains jurisdiction to vacate this Order and to reopen this action upon cause shown that settlement has not been completed and further litigation is necessary.

6. The Clerk is Ordered to enter judgment enter judgment in favor of Plaintiff against Holmes Tours and Transportation Services, Inc. for one hundred thousand and 0/100 dollars ($100,000.00) and against Adam Holmes, individually in the amount of five thousand and 0/100 dollars ($5,000.00).

DONE and ORDERED in Chambers, United States District Court, Northern District of Mississippi, this 25th day of June, 2014.

                                              /s/ Sharion Aycock
                                              **U.S. DISTRICT JUDGE**